BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,725.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $24,855.00 IN U.S. CURRENCY SEIZED FROM SAFE DEPOSIT BOX #235,<br><br>APPROXIMATELY $129,676.77 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 02816-06729,<br><br>APPROXIMATELY $11,196.18 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 02810-16004,<br><br>APPROXIMATELY $117,302.47 SEIZED FROM BANK OF AMERICA CD ACCOUNT NUMBER 02819-08191,<br><br>APPROXIMATELY $185,247.84 SEIZED FROM BANK OF AMERICA CD ACCOUNT NUMBER 02810-08280,<br><br>APPROXIMATELY $5,242.55 SEIZED FROM CHASE BANK ACCOUNT NUMBER 18212938435,<br><br>APPROXIMATELY $479,170.28 SEIZED FROM WEST AMERICA BANK ACCOUNT | 2:11-MC-00003-WBS-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

NUMBER 1505054492,

APPROXIMATELY $12,305.80 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 25630085,

APPROXIMATELY $6,403.46 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 25630413,

APPROXIMATELY $12,186.97 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 802820151,

APPROXIMATELY $39,715.64 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 2800578,

APPROXIMATELY $37,895.74 SEIZED FROM WEST AMERICA BANK ACCOUNT NUMBER 505107300,

APPROXIMATELY $17,928.84 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 802820585,

APPROXIMATELY $12,413.49 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 2249995,

APPROXIMATELY $19,675.65 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 2249669,

APPROXIMATELY $98,515.79 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 25630652,

APPROXIMATELY $7,119.45 SEIZED FROM CITY NATIONAL BANK ACCOUNT NUMBER 25630099,

APPROXIMATELY $292,573.97 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3598404063,

APPROXIMATELY $103,117.83 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 910442044750301, and

APPROXIMATELY $63,160.41 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7936680284,

           Defendants.

1    It is hereby stipulated by and between the United States of
2 America and claimants Thomas Edward Frankovich and Margaret C.
3 Atkinson ("claimants"), by and through their respective attorney,
4 as follows:
5    1.  On or about October 12, 2010, claimant Thomas Edward
6 Frankovich filed claims, in the administrative forfeiture
7 proceedings, with the Drug Enforcement Administration with respect
8 to the twenty-one assets listed in the above-caption (hereafter the
9 "defendant funds"), which were seized June 24-28, 2010.  On or
10 about October 27, 2010, claimants Thomas Edward Frankovich and
11 Margaret C. Atkinson filed claims, in the administrative forfeiture
12 proceedings, with the Drug Enforcement Administration with respect
13 to five of the bank accounts listed in the above-caption which were
14 seized on June 25, 2010.
15    2.  The Drug Enforcement Administration has sent the written
16 notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to
17 all known interested parties.  The time has expired for any person
18 to file a claim to the defendant funds under 18 U.S.C. §
19 983(a)(2)(A)-(E), and no person other than the claimants have filed
20 a claim to the defendant funds as required by law in the
21 administrative forfeiture proceeding.
22    3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
23 required to file a complaint for forfeiture against the defendant
24 funds and/or to obtain an indictment alleging that the defendant
25 funds are subject to forfeiture within 90 days after a claim has
26 been filed in the administrative forfeiture proceedings, unless the
27 court extends the deadline for good cause shown or by agreement of
28 the parties.  That deadline is currently January 10, 2011.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 28, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 28, 2011.

BENJAMIN B. WAGNER
United States Attorney

DATE: 1-7-11          /s/ Kelli L. Taylor
                      KELLI L. TAYLOR
                      Assistant U.S. Attorney


DATE: 1-6-2011        /s/ Brenda Grantland
                      BRENDA GRANTLAND
                      Attorney for Claimants Thomas Edward
                      Frankovich and Margaret C. Atkinson
                      (Original signature retained by
                      attorney)

**IT IS SO ORDERED.**

DATE: January 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE