UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-MC-00003 WBS EFB |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| APPROXIMATELY $20,725.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $24,855.00 IN U.S. CURRENCY SEIZED FROM SAFE DEPOSIT BOX # 235, | |
| APPROXIMATELY $129,676.77 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 02816-06729, | |
| APPROXIMATELY $11,196.18 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 02810-16004, | |
| APPROXIMATELY $117,302.47 SEIZED FROM BANK OF AMERICA CD ACCOUNT NUMBER 02819-08191, | |
| APPROXIMATELY $185,247.84 SEIZED FROM BANK OF AMERICA CD ACCOUNT NUMBER 02810-08280, | |
| APPROXIMATELY $5,242.55 SEIZED FROM CHASE BANK ACCOUNT NUMBER 18212938435, | |

```
 1  APPROXIMATELY $479,170.28
    SEIZED FROM WEST AMERICA BANK
 2  ACCOUNT NUMBER 1505054492,

 3  APPROXIMATELY $12,305.80
    SEIZED FROM CITY NATIONAL BANK
 4  ACCOUNT NUMBER 25630085,

 5  APPROXIMATELY $6,403.46 SEIZED
    FROM CITY NATIONAL BANK
 6  ACCOUNT NUMBER 25630413,

 7  APPROXIMATELY $12,186.97
    SEIZED FROM CITY NATIONAL BANK
 8  ACCOUNT NUMBER 802820151,

 9  APPROXIMATELY $39,715.64
    SEIZED FROM CITY NATIONAL BANK
10  ACCOUNT NUMBER 2800578,

11  APPROXIMATELY $37,895.74
    SEIZED FROM WEST AMERICA BANK
12  ACCOUNT NUMBER 505107300,

13  APPROXIMATELY $17,928.84
    SEIZED FROM CITY NATIONAL BANK
14  ACCOUNT NUMBER 802820585,

15  APPROXIMATELY $12,413.49
    SEIZED FROM CITY NATIONAL BANK
16  ACCOUNT NUMBER 2249995,

17  APPROXIMATELY $19,675.65
    SEIZED FROM CITY NATIONAL BANK
18  ACCOUNT NUMBER 2249669,

19  APPROXIMATELY $98,515.79
    SEIZED FROM CITY NATIONAL BANK
20  ACCOUNT NUMBER 25630652,

21  APPROXIMATELY $7,119.45 SEIZED
    FROM CITY NATIONAL BANK
22  ACCOUNT NUMBER 25630099,

23  APPROXIMATELY $292,573.97
    SEIZED FROM WELLS FARGO BANK
24  ACCOUNT NUMBER 3598404063,

25  APPROXIMATELY $103,117.83
    SEIZED FROM WELLS FARGO BANK
26  ACCOUNT NUMBER
    910442044750301, and
27
    APPROXIMATELY $63,160.41
28  SEIZED FROM WELLS FARGO BANK
```

1  ACCOUNT NUMBER 7936680284,
2          Defendants.
3  _____/
4
5                      ----oo0oo----
6          Because the spouse of one of my law clerks owns a small
7  amount of stock in the Bank of America, I must recuse myself from
8  this case for the reasons stated in Amstadter v. Bank of America,
9  Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
10         IT IS THEREFORE ORDERED that the Clerk of the Court
11 reassign this case to another judge for all further proceedings,
12 making appropriate adjustments in the assignments of civil cases
13 to compensate for such reassignment.  All dates pending before
14 the undersigned are hereby vacated.
15 DATED:   January 18, 2011

                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE