1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            )  Case No. 2:11-MC-00003 JAM-EFB
                                         )
12                 Plaintiff,            )
                                         )
13       v.                              )
                                         )  TEMPORARY RESTRAINING ORDER
14  APPROXIMATELY $20,725.00 IN U.S.     )  PROHIBITING THE UNITED STATES
    CURRENCY,                            )  AND ITS AGENTS, INCLUDING THE
15                                       )  D.E.A. AND UNITED STATES
    APPROXIMATELY $24,855.00 IN U.S.     )  ATTORNEY'S OFFICE FROM
16  CURRENCY SEIZED FROM SAFE            )  TRANSFERRING THE SUBJECT
    DEPOSIT BOX #235,                    )  PROPERTY TO ANYONE PENDING
17                                       )  FURTHER ORDER OF THIS COURT
    APPROXIMATELY $129,676.77 SEIZED     )
18  FROM BANK OF AMERICA ACCOUNT         )
    NUMBER 02816-06729,                  )
19                                       )
    APPROXIMATELY $11,196.18 SEIZED      )
20  FROM BANK OF AMERICA ACCOUNT         )
    NUMBER 02810-16004,                  )
21                                       )
    APPROXIMATELY $117,302.47 SEIZED     )
22  FROM BANK OF AMERICA CD ACCOUNT      )
    NUMBER 02819-08191,                  )
23                                       )
    APPROXIMATELY $185,247.84 SEIZED     )
24  FROM BANK OF AMERICA CD ACCOUNT      )
    NUMBER 02810-08280,                  )
25                                       )
    APPROXIMATELY $5,242.55 SEIZED       )
26  FROM CHASE BANK ACCOUNT NUMBER       )
    18212938435,                         )
27                                       )
                                         )
28                                       )
                                         )

| | |
|---|---|
| 1 | APPROXIMATELY $479,170.28 SEIZED ) |
|   | FROM WEST AMERICA BANK ACCOUNT   ) |
| 2 | NUMBER 1505054492,                ) |
|   |                                   ) |
| 3 | APPROXIMATELY $12,305.80 SEIZED   ) |
|   | FROM CITY NATIONAL BANK ACCOUNT   ) |
| 4 | NUMBER 25630085,                  ) |
|   |                                   ) |
| 5 | APPROXIMATELY $6,403.46 SEIZED    ) |
|   | FROM CITY NATIONAL BANK ACCOUNT   ) |
| 6 | NUMBER 25630413,                  ) |
|   |                                   ) |
| 7 | APPROXIMATELY $12,186.97 SEIZED   ) |
|   | FROM CITY NATIONAL BANK ACCOUNT   ) |
| 8 | NUMBER 802820151,                 ) |
|   |                                   ) |
| 9 | APPROXIMATELY $39,715.64 SEIZED   ) |
|   | FROM CITY NATIONAL BANK ACCOUNT   ) |
| 10 | NUMBER 2800578,                  ) |
|    |                                  ) |
| 11 | APPROXIMATELY $37,895.74 SEIZED  ) |
|    | FROM WEST AMERICA BANK ACCOUNT   ) |
| 12 | NUMBER 505107300,                ) |
|    |                                  ) |
| 13 | APPROXIMATELY $17,928.84 SEIZED  ) |
|    | FROM CITY NATIONAL BANK ACCOUNT  ) |
| 14 | NUMBER 802820585,                ) |
|    |                                  ) |
| 15 | APPROXIMATELY $12,413.49 SEIZED  ) |
|    | FROM CITY NATIONAL BANK ACCOUNT  ) |
| 16 | NUMBER 2249995,                  ) |
|    |                                  ) |
| 17 | APPROXIMATELY $19,675.65 SEIZED  ) |
|    | FROM CITY NATIONAL BANK ACCOUNT  ) |
| 18 | NUMBER 2249669,                  ) |
|    |                                  ) |
| 19 | APPROXIMATELY $98,515.79 SEIZED  ) |
|    | FROM CITY NATIONAL BANK ACCOUNT  ) |
| 20 | NUMBER 25630652,                 ) |
|    |                                  ) |
| 21 | APPROXIMATELY $7,119.45 SEIZED   ) |
|    | FROM CITY NATIONAL BANK ACCOUNT  ) |
| 22 | NUMBER 25630099,                 ) |
|    |                                  ) |
| 23 | APPROXIMATELY $292,573.97 SEIZED ) |
|    | FROM WELLS FARGO BANK ACCOUNT    ) |
| 24 | NUMBER 3598404063,               ) |
|    |                                  ) |
| 25 | APPROXIMATELY $103,117.83 SEIZED ) |
|    | FROM WELLS FARGO BANK ACCOUNT    ) |
| 26 | NUMBER 910442044750301, and      ) |
|    |                                  ) |
| 27 |                                  ) |
|    |                                  ) |
| 28 |                                  ) |

```
APPROXIMATELY $63,160.41 SEIZED  )
FROM WELLS FARGO BANK ACCOUNT    )
NUMBER 7936680284,               )
                                 )
              Defendants.        )
                                 )
```

**TEMPORARY RESTRAINING ORDER**

Claimants Thomas Edward Frankovich and Margaret Atkinson ("Claimants") have moved for a Temporary Restraining Order as well as a preliminary injunction and an order requiring the return of their bank accounts described above. The court finds that:

1. The United States has filed a Notice of Election, stating its intention not to file a complaint for forfeiture of the seized assets, and has allowed its deadline to file a Complaint, and all its extensions, to expire.

2. Prior to the federal proceedings there were proceedings in Tehama County Superior Court regarding Frankovich's Claim Opposing Forfeiture of the subject property, and those proceedings ended with a court order releasing them unconditionally on November 17, 2010.

3. An email from DEA agent Lawrence D'Orazio dated June 22, 2011 indicated the DEA intends imminently to release the funds back to Tehama County instead of returning them to Claimants. The DEA has now agreed to retain the funds pending further order from this Court.

4. The $1.5 million dollars has been seized and detained for one entire year, without any hearing on the merits under either state or federal forfeiture law. With so large a sum detained for so long without any showing of probable cause for the detention, Claimants have shown irreparable harm.

WHEREFORE, it is this 27th day of June, 2011, ORDERED,

1. That this Court temporarily enjoins the United States, or its agents, including the U.S. Attorney's Office and DEA, from releasing the assets to anyone until further order from this Court.

2. A hearing on Claimants' Motion for a Preliminary Injunction and Order Returning Seized Property to Claimants shall be set for July 11, 2011 at 9:30 a.m. in Courtroom No. 6 of the above-captioned Court.

3. Any opposition shall be filed by July 5, 2011.

4. Any reply shall be filed by July 8, 2011.

IT IS SO ORDERED.

Dated: June 27, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE