1  BRENDA GRANTLAND
   California Bar # 165899
   Attorney for Claimants
2  Thomas Frankovich &
   Margaret Atkinson
3  20 Sunnyside Suite A-204
   Mill Valley CA 94941
4  (415) 380-9108



5

6

7

8          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )      2:11-MC-00003-JAM-EFB
                                       )
11          Plaintiff,                 )
                                       )
12      v.                             )
                                       )      STIPULATION AND ORDER
13  APPROXIMATELY $20,725.00 IN U.S.    )      RETURNING PROPERTY
    CURRENCY,                          )
14                                     )
    APPROXIMATELY $24,855.00 IN U.S.    )
15  CURRENCY SEIZED FROM SAFE          )
    DEPOSIT BOX #235,                  )
16                                     )
    APPROXIMATELY $129,676.77 SEIZED    )
17  FROM BANK OF AMERICA ACCOUNT       )
    NUMBER 02816-06729,                )
18                                     )
    APPROXIMATELY $11,196.18 SEIZED     )
19  FROM BANK OF AMERICA ACCOUNT       )
    NUMBER 02810-16004,                )
20                                     )
    APPROXIMATELY $117,302.47 SEIZED    )
21  FROM BANK OF AMERICA CD ACCOUNT    )
    NUMBER 02819-08191,                )
22                                     )
    APPROXIMATELY $185,247.84 SEIZED    )
23  FROM BANK OF AMERICA CD ACCOUNT    )
    NUMBER 02810-08280,                )
24                                     )
    APPROXIMATELY $5,242.55 SEIZED      )
25  FROM CHASE BANK ACCOUNT NUMBER     )
    18212938435,                       )
26                                     )
    APPROXIMATELY $479,170.28 SEIZED    )
27  FROM WEST AMERICA BANK ACCOUNT     )
    NUMBER 1505054492,                 )
28                                     )
    APPROXIMATELY $12,305.80 SEIZED     )
    FROM CITY NATIONAL BANK ACCOUNT    )
    NUMBER 25630085,                   )
                                       )

1   APPROXIMATELY $6,403.46 SEIZED )
    FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 25630413, )
2                                          )
    APPROXIMATELY $12,186.97 SEIZED )
3   FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 802820151, )
4                                          )
    APPROXIMATELY $39,715.64 SEIZED )
5   FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 2800578, )
6                                          )
    APPROXIMATELY $37,895.74 SEIZED )
7   FROM WEST AMERICA BANK ACCOUNT )
    NUMBER 505107300, )
8                                          )
    APPROXIMATELY $17,928.84 SEIZED )
9   FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 802820585, )
10                                         )
    APPROXIMATELY $12,413.49 SEIZED )
11  FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 2249995, )
12                                         )
    APPROXIMATELY $19,675.65 SEIZED )
13  FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 2249669, )
14                                         )
    APPROXIMATELY $98,515.79 SEIZED )
15  FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 25630652, )
16                                         )
    APPROXIMATELY $7,119.45 SEIZED )
17  FROM CITY NATIONAL BANK ACCOUNT )
    NUMBER 25630099, )
18                                         )
    APPROXIMATELY $292,573.97 SEIZED )
19  FROM WELLS FARGO BANK ACCOUNT )
    NUMBER 3598404063, )
20                                         )
    APPROXIMATELY $103;117.83 SEIZED )
21  FROM WELLS FARGO BANK ACCOUNT )
    NUMBER 910442044750301, and )
22                                         )
    APPROXIMATELY $63,160.41 SEIZED )
23  FROM WELLS FARGO BANK ACCOUNT )
    NUMBER 7936680284, )
                                           )
24           Defendants. )
                                        )

     It is hereby stipulated and agreed by and between the United States of America and

claimants  Thomas Edward Frankovich and Margaret Atkinson (collectively, "the parties"), as

follows:

## BACKGROUND

1.      On June 24-28, 2010, the Tehama County Sheriff's Department seized the twenty-one assets listed in the above-caption (hereafter the "defendant funds") pursuant to a Search Warrant and Order of Seizure issued by the Tehama County Superior Court.

2.      The seizure of defendant funds were subsequently "adopted" by the United States Department of Justice, Drug Enforcement Agency ("DEA") for the purpose of federal forfeiture; and, on or around October 12, 2010, claimants filed administrative forfeiture claims with the DEA with respect to the defendant funds. The administrative forfeiture claims were filed in response to the personal notice letters sent by the DEA.

3.      The DEA subsequently forwarded the matter to the United States Attorney's Office for the Eastern District of California. Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States was to file a complaint for civil forfeiture against the defendant funds within 90 days of an administrative claim being filed.

4.      On January 10, 2011, the parties stipulated to extend to February 28, 2011 the time in which the United States was required to file a civil forfeiture complaint against the defendant funds.  Section 983(a)(3)(A) provides that the deadline to file against the defendant funds may be extended for good cause or by the agreement of the parties.

5.      On February 25, 2011, the parties again stipulated to extend the time in which the United States was required to file a civil forfeiture complaint against the defendant funds. The stipulation extended the deadline to file a civil forfeiture complaint to April 15, 2011.

6.      On April 8, 2011, the United States Attorney's Office sent a declination letter to the DEA informing them that the United States Attorney's Office would not be filing against the defendant funds.

7.      On May 17, 2011, the United States filed a Notice of Election with the Court stating that a forfeiture complaint would not be filed against the defendant funds and the miscellaneous case could be closed.

8.      On June 23, 2011, Claimants Thomas Edward Frankovich and Margaret Atkinson filed an ex parte motion for a temporary restraining order, preliminary injunction, and an order returning seized property. The claimants requested a temporary restraining order "prohibiting the United States from releasing or transferring any of the [defendant] funds to anyone other than claimants pending further order from this Court."

9.      On June 24, 2011, the United States filed its response to the ex parte motion. The United States' response, supported by correspondence from DEA counsel Lawrence D'Orazio, stated that the defendant funds would remain in the United States' possession and would not be transferred to Tehama County until the disposition of the temporary restraining order.

10.     On June 26, 2011, the Court entered a temporary restraining order "prohibiting the United States and its agents, including the DEA and United States Attorney's Office from transferring the [defendant] property to anyone pending further order of this court." A hearing on the motion for a preliminary injunction and order returning seized property was set for July 11, 2011 at 11:00 a.m.; and responsive briefing was to be filed by July 5 and July 8, 2011, respectively.

11.     The motion for a preliminary injunction and order returning seized property are still pending before the Court.

## AGREEMENT

12.     The United States by and through the United States Attorney's Office for the Eastern District agrees to release the defendants funds, plus any accrued interest to the claimant

by electronic transfer to the account designated on the ACH authorization form. Specifically, the

United States agrees to release the following defendant funds to the claimants:

a.    account #'s 02816-06729, 02810-16004, 02819-08191 and 02810-08280

at Bank of America;

b.    account # 18212938435 at Chase Bank;

c.    account #'s 25630085, 25630413, 802820151, 2800578, 802820585,

2249995, 2249669, 25630652 and 25630099 at City National Bank;

d.    account #'s 1505054492 and 505107300 at West America Bank;

e.    account #'s 3598404063, 910442044750301 and 7936680284 at Wells

Fargo;

f.    approximately $20,725.00 in U.S. Currency seized from claimants'

residence; and

g.    approximately $24,855.00 in U.S. Currency seized from safe deposit box #

235.

13.    The United States agrees not to release any of the defendant funds to any public

entity within the state of California including but not limited to the County of Tehama, the State

of California, or any of their agents, representatives, affiliates or assigns, nor shall it retain such

money on behalf of such entities.

14.    Claimants and their attorneys agree to accept release of the defendant funds as

provided in paragraph 12 in full settlement and satisfaction of any claim against the United

States or its officers, agents, attorneys, and employees arising from the seizure of such funds, and

further agree to hold harmless the United States and its officers, agents, attorneys, and employees

from all such claims.

15.     Claimants agree to dismiss the motion for a preliminary injunction and order returning seized property filed in the United States District Court, Eastern District of California, Case No. 2:11- MC-00003-JAM-EFB.

16.     Nothing in this Agreement shall be construed as an admission of liability, fault, or wrong doing by any party.

17.     The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

18.     Each person signing this Agreement warrants and represents that he or she possesses full authority to bind the party on whose behalf he or she is signing to the terms of the Agreement.

19.     Each party warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Agreement contains the entire agreement between the parties; and that the terms of this agreement are contractual and not mere recitals. All prior oral understandings, agreements, and writings are superseded by this Agreement and are of no force or effect.

20.     This Agreement may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged.

21.     Federal law requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and to individual states (including past-due child support). In the event that any debt subject to offset is alleged to be owed, the United States shall within 10 business days provide a written accounting stating the amount of each debt, the nature of the debt, the agency involved, and specifically how the debt was calculated.

22.     Each party represents that she or it understands the content of this Agreement and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

23.     The United States shall make all reasonable efforts to transfer the funds to the claimants no later than 5 p.m. Pacific time on Thursday, August 30, 2011. In the event the funds are not transferred by 5 p.m. Pacific time on Thursday, August 30, 2011, the United States, via the United States Attorney's Office for the Eastern District of California, will file a Status Report with the Court accounting for the status of the transfer of funds to the claimants. This does not constitute a waiver of claimants' right to seek a further Order of this Court to expedite the transfer of funds to claimants.

24.     The claimants agree that within two business days of receipt of all the funds, they shall notify the Court of the receipt of the funds. Upon notice of release and return of all Claimants' funds, and upon approval by this Court as provided below, this action is dismissed with prejudice in its entirety.

25.     Each party shall bear his or her own costs and attorneys fees, so long as all the funds are transferred by 5 p.m. Pacific time on Thursday, August 30, 2011.

26.     Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that the U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this compromise settlement.

IT IS SO STIPULATED.

DATED: July 8, 2011                    By:      /s/ Brenda Grantland
                                                BRENDA GRANTLAND
                                                Attorney for Thomas E. Frankovich
                                                And Margaret Atkinson

1

DATED: July 8, 2011        By:              /s/ Kevin Khasigian
2                                         KEVIN KHASIGIAN
                                          Assistant U.S. Attorney
3

4                                    **O R D E R**

5      IT IS SO ORDERED.

6

7   DATED: July 8 , 2011

8                                    THE HONORABLE JOHN A. MENDEZ
                                     District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Returning Property - 8